IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| John Smith, | ) | Civil Action No.: 2 04 1932 18 BG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Charleston County School District, | ) | |
| Wanda Marshall in her individual | ) | |
| Capacity and Darrell Johnson in | ) | |
| his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1), it is hereby stipulated by and between the parties that the above captioned action is hereby discontinued and ended, that the complaint be, and the same is hereby, dismissed with prejudice, with each party being responsible for their own costs and expenses, including attorney's fees, and that the causes of action herein sued upon be, and the same are hereby forever barred.

WE SO STIPULATE:

ROSEN, ROSEN & HAGOOD, LLC

By: _____
Alice F. Paylor
P.O. Box 893
Charleston, SC 29402
(843)577-6726

By: _____
Lawrence C. Kobrovsky
P.O. Box 1726
Charleston, SC 29402
(843) 853-3703

Attorneys for the Defendants

Attorneys for the Plaintiff

Dated: November 16, 2005